IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLIFFORD SKINNER,**<br>*Plaintiff*,<br><br>v.<br><br>**ANNA HADLOCK,**<br>*Defendant*. | **CIVIL ACTION NO. 22-3087** |

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT

**AND NOW**, this 10th day of November 2022, after considering Defendant's Motion (Doc. No. 9), Plaintiff's Response and Defendant's Reply, and for the reasons set forth in the accompanying Memorandum, Defendant's Motion to Dismiss Amended Complaint is **GRANTED** as to the false arrest and false imprisonment claims and **DENIED** as to the abuse of process, intentional infliction of emotional distress and malicious prosecution claims.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**