# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLIFFORD SKINNER** <br><br> v. <br><br> **ANNA HADLOCK** | **CIVIL ACTION NO. 2:22-cv-3087-MMB** |
| **ANNA HADLOCK** <br><br> v. <br><br> **MINCEY FITZPATRICK ROSS LLC & CLIFFORD SKINNER** | **CIVIL ACTION NO. 2:23-cv-1870-MMB** |

## ORDER

AND NOW, this 31st day of October, 2023, it is hereby **ORDERED** that Ms. Hadlock's Motion to Quash Plaintiff's Subpoenas to Deer Creek Psychological Associates and Dartmouth-Hitchcock (ECF 53) is **GRANTED** for the reasons stated in the foregoing Memorandum.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**