IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLIFFORD SKINNER<br><br>v.<br><br>ANNA HADLOCK | **CIVIL ACTION NO. 2:22-cv-3087-MMB** |
| ANNA HADLOCK<br><br>v.<br><br>MINCEY FITZPATRICK ROSS LLC & CLIFFORD SKINNER | **CIVIL ACTION NO. 2:23-cv-1870-MMB** |

### ORDER

AND NOW, this 23rd day of January, 2024, it is hereby **ORDERED** that Mr. Skinner's Motion for Reconsideration of this Court's October 31, 2023 Order granting Ms. Hadlock's Motion to Quash Plaintiff Skinner's Subpoenas to Deer Creek Psychological Associates and Dartmouth-Hitchcock (ECFs 39 and 40 (23-cv-1870)) is **DENIED** for the reasons stated in the foregoing Memorandum.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**